

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00311-CV**

**IN RE TODD W. ALTSCHUL**

**Original Proceeding**

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court No. 2402-J**

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus was filed on November 19, 2021. In the petition, relator requested this Court to compel the trial court to rule on relator's "Petition for Writ of Habeas Corpus."

Because a ruling has been made, relator's Petition for Writ of Mandamus, filed on November 19, 2021, is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Smith, and
 Justice Wright[1]
Petition dismissed
Opinion delivered and filed January 19, 2022
[OT06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.